# Estate of Jacob W. Seitzinger, Deceased.  Appeal of James K. Getz, Executor of Margaret A. Jones.

*Will—Trust and trustees.*

Argued March 5, 1895.  Appeal, No. 26, Jan. T., 1895, by James K. Getz, executor, from decree of O. C. Berks Co., overruling exceptions to adjudication.  Before WILLIAMS, MCCOLLUM, MITCHELL, DEAN and FELL, JJ.   Affirmed.

Exceptions to adjudication.

The facts appear in Illig's Appeal and Potteiger's Appeal, supra.

*Cyrus G. Derr, B. Frank Dettra* with him, for appellant.

OPINION BY MR. JUSTICE DEAN, October 7, 1895:

All the questions raised by this appeal have been passed upon and decided in Illig and Brother's Appeal and Potteiger, Trustee's Appeal, opinions herewith filed.

The decree of the court below is affirmed and the appeal is dismissed at costs of appellant.